**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6314

MILTON E. LANCASTER,

              Petitioner - Appellant,

       v.

DAVID CHESTER,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W.  Boyle,
District Judge.  (5:07-hc-02016-BO)

Submitted:  May 22, 2008                Decided:  May 30, 2008

Before MOTZ and DUNCAN, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Milton E. Lancaster, Appellant Pro Se.  Clarence Joe DelForge, III,
Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton E. Lancaster seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Lancaster has not made the requisite showing. Accordingly, we deny Lancaster's motion for a certificate of appealability and dismiss the appeal. We also deny Lancaster's pending motions for appointment of counsel and for an injunction and declaratory relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED